UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Alec Taraskewich,<br><br>                Plaintiff,<br>v.<br><br>LTD Financial Services, L.P., DOES 1-10 inclusive,<br><br>                Defendant. | Civil Action No.: 3:10-cv-00341-MRK |

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff, Alec Taraskewich, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: May 5, 2010

                                            Respectfully submitted,

                                            By: __/s/ Sergei Lemberg__
                                                Sergei Lemberg, Esq.
                                                Lemberg & Associates, L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (877) 795-3666

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, I electronically filed the foregoing with the Clerk of the District Court District of Connecticut using the CM/ECF system.

By: /s/ Sergei Lemberg
Sergei Lemberg